UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

---------------------------------------X
VIAMEDIA, INC.,                        :
                                       :
                     Plaintiff,        :        20 Civ. 4064 (VM)
                                       :
        - against -                    :        **ORDER**
                                       :
WIDEOPENWEST FINANCE, LLC,             :
                                       :
                     Defendant.        :
---------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court has received a motion to appoint an arbitrator
(see "Motion," Dkt. No. 14) from plaintiff Viamedia, Inc.
("Viamedia") and accompanying papers. In response, defendant
WideOpenWest Finance, LLC ("WideOpenWest") filed a letter
indicating that it expected to receive confirmation from its
selected arbitrator today (June 22, 2020). (See "WideOpenWest
Letter," Dkt. No. 21, at 2 n.2.) Viamedia has now replied and
argues that since WideOpenWest has agreed to select its
arbitrator today, Viamedia's request for an order compelling
the selection of an arbitrator should be deemed unopposed and
granted for the reasons stated in its Motion. (See "Viamedia
Letter," Dkt. No. 22.)

Based on the letter exchange described above, and in
order to encourage the parties to work towards a resolution
of this dispute in a timely and effective manner, it is hereby

**ORDERED** that the parties update the Court by letter by the close of business on Tuesday, June 23, 2020, regarding the selection of arbitrators.

**SO ORDERED.**

Dated: New York, New York
      22 June 2020

Victor Marrero
U.S.D.J.