USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 22, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
VIAMEDIA, INC.,                         :
                                        :
                    Plaintiff,          :     20 Civ. 4064
                                        :
     - against -                        :     ORDER
                                        :
WIDEOPENWEST FINANCE, LLC,              :
                                        :
                                        :
                    Defendant.          :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By letter dated September 17, 2020, defendant WideOpenWestFinance, LLC ("WideOpenWest") moved to seal the award issued in a related arbitration between WideOpenWest and plaintiff Viamedia, Inc. ("Viamedia"). (See Dkt. No. 26.) By letter dated September 18, 2020, Viamedia responded, confirming its view that the arbitration award contains a limited amount of commercially sensitive information. (See Dkt. No. 29.)

Based on the parties' submissions, the request to file the arbitration award (Dkt. No. 28) under seal is **GRANTED**, and the request to file publicly a redacted version of the arbitration award (Dkt. No. 27) is **GRANTED**. The parties are directed to file the award in redacted form.

**SO ORDERED:**

Dated:    New York, New York
          22 September 2020

_____
Victor Marrero
U.S.D.J.

1