UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

VIAMEDIA, INC.,

                Plaintiff,

v.

WIDEOPENWEST FINANCE, LLC,

                Defendant.

------------------------------------------------ x

Case No. 1:20-cv-04064-VM

**DEFENDANT'S NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD**

PLEASE TAKE NOTICE that upon the contemporaneously-submitted Memorandum of Law, Declaration of Charles Palella, and Exhibits referenced therein, Defendant WideOpenWest Finance, LLC moves under the Federal Arbitration Act, 9 U.S.C. § 9, for an order:

A.    Confirming the September 8, 2020 Partial Final Arbitration Award ("Award"), submitted as Exhibit 1 to the Declaration of Charles Palella;

B.    Directing entry of judgment against Plaintiff Viamedia, Inc. in accordance with the Award; and

C.    Awarding Defendant WideOpenWest Finance, LLC post-judgment interest under 28 U.S.C. § 1961(a), along with such other and further relief that the Court deems just and proper.

Dated:  New York, New York
         September 24, 2020

1

194133.1


2

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

By: /s/Charles Palella
    Charles Palella
919 Third Avenue
Ste FL 37
New York, NY 10022
Tel:   (212) 209-4400
Fax:  (212) 409-8385
Email: cpalella@atllp.com
*Attorney for Defendant WIDEOPENWEST FINANCE, LLC*

To:

**K&L GATES LLP**
599 Lexington Avenue
New York, New York 10022
Tel.: 212.536.3900
Fax: 212.536.3901
Luke.Steinberger@klgates.com
Kodey.Haddox@klgates.com
*Attorneys for Plaintiff VIAMEDIA, INC.*