USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 3, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
VIAMEDIA, INC., :
:
                  Plaintiff, :  20 Civ. 4064 (VM)
:
  - against - :  **ORDER**
:
WIDEOPENWEST FINANCE, LLC, :  **REQUEST FOR STATUS UPDATE**
:
                  Defendant. :
----------------------------------------X

**VICTOR MARRERO**, United States District Judge.

    Upon review of the Docket Sheet of this case, the Court notes that on September 24, 2020, Defendant WideOpenWest Finance, LLC filed a motion and supporting documents to confirm the partial final arbitration award dated September 8, 2020. (See Dkt. No. 31.) The public file contains no further entries, and no other communication with the Court has been received. Accordingly, it is hereby

    **ORDERED** that the parties are directed to inform the Court within five (5) days of the date of this Order concerning the status of this litigation and whether Defendant's motion to confirm the arbitration award is opposed.

**SO ORDERED.**

Dated:    New York, New York
            3 August 2021

                                       Victor Marrero
                                       U.S.D.J.