**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VIAMEDIA, INC.,

                        Plaintiff,            20 **CIVIL** 4064 (VM)

       -against-                       **JUDGMENT**

WIDEOPENWEST FINANCE, LLC,

                      Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 11, 2021, that the unopposed motion of Defendant WideOpenWest Finance, LLC to confirm the arbitration award (Dkt. No. 21) is granted.

**Dated**: New York, New York
        August 12, 2021

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
                      BY: _____
                                      **Deputy Clerk**